AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| DANIEL LUGO,<br><br>*Plaintiff(s)*<br>v.<br><br>ZERBY HOTEL, LLC,<br><br>*Defendant(s)* | Civil Action No. 9:22-cv-81881-AHS |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ZERBY HOTEL, LLC
Registered Agent Legal Services, LLC, Registered Agent
155 Office Plaza Drive, Suite A
Tallahassee, Fl. 32301

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Drew M. Levitt, Esq./Lee D. Sarkin, Esq.
4700 NW Boca Raton Blvd., #302
Boca Raton, Fl. 33431

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 2, 2022



Angela E. Noble
Clerk of Court

s/ R. Bissainthe
Deputy Clerk
U.S. District Courts

SUMMONS