UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-81881-AHS

DANIEL LUGO,

        Plaintiff,

v.

ZERBY HOTEL, LLC,

        Defendant.

_____/

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to this Court's Paperless Order To File Certificate of Interested Persons dated January 9, 2023 (DE 5), Plaintiff, Daniel Lugo, by and through his undersigned counsel, hereby submits his Certificate of Interested Persons.

I.    INTERESTED PERSONS

The name of each person or entity that Plaintiff believes has a financial interest in the outcome of this case includes:

    a.    Daniel Lugo - Plaintiff

    b.    Drew M. Levitt - counsel for Plaintiff, Daniel Lugo

    c.    Lee D. Sarkin - counsel for Plaintiff, Daniel Lugo

    d.    Zerby Hotel, LLC - Defendant

2

Dated: January 10, 2023.

                                                                                            s/Lee D. Sarkin  
DREW M. LEVITT, ESQ.  
Florida Bar No: 782246  
drewmlevitt@gmail.com  
LEE D. SARKIN, ESQ.  
Florida Bar No. 962848  
LSarkin@aol.com  
4700 N.W. Boca Raton Boulevard  
Suite 302  
Boca Raton, Florida 33431  
Telephone (561) 994-6922  
Attorneys for Plaintiff