UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DANIEL LUGO,

    Plaintiff,

    v.                              Civil Action No. 9:22-81881-AHS

ZERBY HOTEL, LLC,

    Defendant.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his own fees and costs unless as otherwise agreed.

    Dated: March 7, 2023.

By: s/Lee D. Sarkin
    Drew M. Levitt
    Florida Bar No. 782246
    drewmlevitt@gmail.com
    Lee D. Sarkin
    Florida Bar No. 962848
    LSarkin@aol.com
    4700 N.W. Boca Raton Boulevard
    Suite 302
    Boca Raton, Florida 33431
    Telephone (561) 994-6922
    *Attorneys for Plaintiff*

By: s/Jesse Unruh
    Jesse Unruh
    Florida Bar No. 93121
    jessee@spirelawfirm.com
    Spire Law, PLLC
    2572 W. State Road 426, Suite 2088
    Oviedo, Florida 32765
    Telephone: (407) 494-0135
    *Attorney for Defendant*