UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-81881-CIV-SINGHAL

DANIEL LUGO,

    Plaintiff,

v.

ZERBY HOTEL, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Plaintiff's Notice of Dismissal with Prejudice (DE [15]). The Court having considered the Stipulation along with the docket and being otherwise advised, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE** with each side to bear its own fees and costs unless as otherwise agreed. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 20th day of March 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF